Edmond Paul Price, Pro Se
330 S. Casino Center Blvd.
Las Vegas, Nv 89101

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
JUN 11 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

EDMOND PAUL PRICE,
            Plaintiff,
    vs.
SUE CAMERON, et al.,
            Defendants.

Case No. CV11-02326-JAK(AGR)

Plaintiff's Motion to Extend Discovery Cut-Off Date

COMES NOW Plaintiff Edmond Paul Price in propia persona and moves this Court for an order to Extend the Discovery Cut-Off Date. This request is made because Defendants has failed to provide Plaintiff with all documents requested in "PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS" that was deemed served on Defendants on September 11, 2012.

In a letter from Defendant Cameron to San Luis Obispo Superior Court Judge Barry T. LaBarbera that alleges Plaintiff "has a history of frequent complaints of rashes to his groin..." [FN1] This letter starts of by stating "I am writing this to inform you about Mr. Price's claim to an allergy to handcuffs."

The letter is clearly a lead to much discovery as it alleges treatment that Plaintiff contends never occured such as "On 10/22/10 seen by RN and a 'mild rash' was documented". [FN2]

Thus far, Defendants have only provided requests for medical treatment submitted by plaintiff during the time period of his last incarceration at the San Luis Obispo County Jail which are not indicative of "frequent complaints of rashes to [Plaintiff's] groin" [sic] Plaintiff believes that Interoggatories based on

FN1. See Attachment A as the letter seems to contend that the Jail was unaware of an allergy
FN2. See Attachment B which is a picture of the rash showing that "Mild Rash" statement would be unreasonable as the photo was taken two days before Plaintiff was allegedly seen by the RN.

1

1. Plaintiff's alleged complaints or Request for an Admission that the complaints
2. never took place would be approprint as the Interoaatory questions could revial
3. Defendant Camron's wanton disregard for Plaintiff's serious medical need and
4. surely an admission that these frequent complaints never took place would
5. show the same.
6.    Also in Cameron's letter, she speaks of inappropriateness to female med
7. staff. Plaintiff contends that any documentation of such would aid Plaintiff
8. in drafting interogatories and request for admissions to any officer who
9. counseled Plaintiff for these issues as logic would dictate that plaintiff
10. would have been disciplined for such behavior or at least counseled if it
11. were true.
12.    The issue is relevent to Plaintiff's claim as the letter was specifically
13. due to Plaintiff's Claim to an allergy to handcuffs and Plaintiff believes Defendants
14. will try to make the same claims in defense of the complaint.
15.    Plaintiff respectfully requests that the Discovery Cut-Off date be extended
16. untill 90 days from the date Defendents Provide Plaintiff with the Documents
17. requested in "PLAINTIFF's FIRST REQUEST FOR PRODUCTION OF DOCUMENTS"

Respectfully Requested

By ___E P___

Edmond Paul Price, Pro Se

Attachment A



# SAN LUIS OBISPO COUNTY HEALTH AGENCY

*Public Health Department*
*2180 Johnson Avenue*
*San Luis Obispo, California 93401*
*805-781-5500 • FAX 805-781-5543*

*Jeff Hamm*
*Health Agency Director*

*Penny Borenstein, M., M.P.H*
*Health Officer*

October 26, 2010

Honorable Barry LaBarbera
San Luis Obispo Superior Court
County Government Center
San Luis Obispo, CA. 93408

Dear Judge LaBarbera:

I am writing this to inform you about Mr. Price's claim to an allergy to handcuffs.

Upon each incarceration medical staff receives a prescreen that has a list of health questions each inmate is asked. Two of these are, "Do you have any allergies?" and "Do you have any medical problems the jail staff should be aware of?" The last two of his seventeen prescreens show Mr. Price stated he was allergic to nsaids (non steroidal anti inflammatory) and codeine. There was never any mention of an allergy to metal on these.

He has been seen and treated on many occasions throughout the years for complaints of rashes appearing all over his body. He has been seen and given ointments; hydrocortisone cream, fluconazole, and sometimes the medication Benadryl . He also has a history of frequent complaints of rashes to his groin and inappropriateness to female med staff resulting in only being seen by a male RN.or M.D. for this complaint

Mr. Price was last seen on 10/25/10 by the M.D and given fluconazole ointment. The M.D. ordered 'if possible avoid contact with skin with the metal cuffs". A slip was given to Custody. On 10/22/10 seen by RN and a "mild rash" was documented. He was (dispensed) hydrocortisone cream. On 6/30/10 Seen and given triamcynoclone ointment for "atopic dermatitis" by M.D. and treated for other complaints. On12/4/08 Seen by M.D. for "rash, and pain." Rash to Right wrist and Left leg.Treated with ointment (dispensed) and given medications. On 10/29/08 C/O "metal allergy" Right wrist has red raised

bumps. Hydrocortisone cream was dispensed. On 6/18/07 C/O itchy rash to AC fossa, wrists, and fingers. States "History of eczema." Benadryl and Hydrocortisone cream dispensed. On 4/9/07 Seen by M.D for eczema, Triamcynoclone dispensed. On 3/1/07 seen for other issues c/o rash. On 7/16/06 c/o rash-treated. On 8/13/05 rash-hands treated. On 8/17/05 rash on hands treated. On 4/25//03 rash treated. On 8/5/03 left arm rash treated. On 1/7/01 rash to bottom of feet-treated. On 9/13/99 rash to feet –treated.

Mr. Price has also been seen for many other issues and treated, but weren't documented here because they aren't related to this complaint.

It was also noted in his chart that in his numerous visits to Mental Health, he reported "allergic to plastic wrist bands," which is interesting since he claims the prison would always use plastic cuffs on him.

We did receive a call from court the other day regarding this issue but since there was no documentation of this allergy, we felt it could be treated with ointments as in the past to avoid interrupting his trial.

We are recommending that color powder coated handcuffs be used on this inmate in the future.

Please feel free to contact me with any questions

Thank You
Sincerely,

*Sue Cameron RN.*

Sue Cameron, Correctional Nurse Supervisor
San Luis Obispo County Jail
1585 Kansas Ave.
San Luis Obispo, CA 93405

Office: (805) 781-4613
Fax:    (805) 781-4620

Attachment B



# PROOF OF SERVICE

I Edmond Paul Price declare under the Penalty of perjury that I served true and correct copies of Motion for Order Compelling Discovery and Motion to Extend Discovery Cut-Off Date on Defendants and U.S. District Court by placing same in envelopes with postage fully paid addressed as follows...

1. Smith Law Offices, APC
   4204 Riverwalk Parkway, Ste. 250
   Riverside, Ca 92505

2. U.S. District Court
   312 N. Spring St., G-8
   Los Angeles, Ca 90012-4793

Each envelope was then placed in the outgoing mail at the Clark County Detention Center located at 330 S. Casino Center Blvd. in Las Vegas, Nevada 89101.

EXECUTED this 5th day of April, 2013

By: EP

Edmond Paul Price, Pro Se
CCDC #2804829
330 S. Casino Center Blvd.
Las Vegas, Nv 89101