UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMUND PAUL PRICE | NO. CV 11-2326-JAK (AGRx) |
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| SUE CAMERON, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the request for a temporary restraining order, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Plaintiff's request for a temporary restraining order be DENIED without prejudice.

DATED: February 6, 2015

JOHN A. KRONSTADT
United States District Judge